UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SCHOOL UNION NO. 37, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 05-194-B-W |
| MS. C AND DB, | ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 20, 2006 her Recommended Decision. (Docket # 24). The Defendants filed their objections to the Recommended Decision on July 10, 2006 and the Plaintiff filed its response to those objections on July 18, 2006. (Docket # 25, 26). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that judgment is GRANTED in favor of the Plaintiff.[1]

---

[1] Because this Court concludes that the Defendants are barred from recovery under the equitable doctrine of laches, it does not reach the Plaintiff's six remaining grounds for relief.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2006